IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Rebecca Haun, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-3464-cv-s-jtm |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the *Defendant's Motion To Reverse And Remand,* filed September 2, 2011 [Doc. 11]. After due consideration of the issues presented and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. Section 405(g) for action consistent with that set forth in defendant's motion.

      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**