# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Rebecca Haun,** )<br>)<br>**Plaintiff,** )<br>)<br>**V.** )<br>)<br>**Michael J. Astrue,** )<br>)<br>**Defendant.** ) | **Case No. 10-3464-cv-s-jtm** |

## ORDER

Pending before the Court is the *Defendant's Motion To Reverse And Remand,* filed September 2, 2011 [Doc. 11]. After due consideration of the issues presented and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. Section 405(g) for action consistent with that set forth in defendant's motion.

                                      */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**