# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Rebecca Haun, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>Michael J. Astrue, )<br>)<br>Defendant. ) | Case No. 10-3464-CV-S-JTM |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed December 30, 2011 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 24, 2011 [Doc. 16] is **GRANTED** and plaintiff is awarded attorney fees under the EAJA in the amount of $4,712.80.

                                               */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**